UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Karen M. Weinhold, Charles L. Weinhold   \*
   And The State of New Hampshire   \*
                                           \*   Civil Action#1:18-CV-00383-PB
v.   \*
                                           \*
The Phoenix Insurance Company,   \*
Travelers Property Casualty Company   \*
of America, and The Travelers Indemnity   \*
Company of America   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STATE OF NEW HAMPSHIRE'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff, the State of New Hampshire, by and through counsel, the New Hampshire Attorney General, objects to Defendants' ("Travelers") motion to dismiss, and in support thereof states as follows:

1. As a result of Travelers' determination that the State of New Hampshire was not insured under the policies it required, the State sought a declaration from the State court that, pursuant to New Hampshire RSA 491:22 it did, in fact, have insurance coverage available to it. *See* Plaintiffs' Complaint generally. Thereafter, Travelers removed the State's state court action to federal court. *See* Defendants' Notice of Removal.

2. Traveler's now contends that this court does not have jurisdiction to hear the State's declaratory judgment action because there is no actual case or controversy.

3. Without a resolution of this declaratory judgment action, the pending motion to abate in State court cannot be ruled upon and the state action cannot proceed to final judgment. As a result, for the State of New Hampshire, there is a clear case and controversy that *must* be

1

resolved. If this Court determines that, despite this, it does not have subject matter jurisdiction, this case should be remanded to the State court.

4. Pursuant to L.R. 7.1(a)(2), the supporting memorandum of law is attached and filed herewith.

WHEREFORE, the State respectfully requests that the Court:

A. Deny the Defendants' Motion to Dismiss; and

B. Grant such other relief the Court deems just and proper.

Respectfully submitted,

STATE OF NEW HAMPSHIRE

By its attorneys,

GORDON MACDONALD
ATTORNEY GENERAL

Dated: August 31, 2018     By:     */s/* Dianne Martin
Dianne Martin (Bar #15350)
Senior Assistant Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301-6397
(603) 271-1211
dianne.martin@doj.nh.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this 31st day of August, 2018 been forwarded via the Court's Electronic Case Filing System to:

Scott H. Harris, Esq.
Ashley B. Campbell (Scott), Esq.
900 Elm Street, P.O. Box 326
Manchester, New Hampshire 03105-0326
scott.harris@mclane.com

Mary Elizabeth Tenn, Esq.
Tenn and Tenn, P.A.
16 High Street, Suite Three
Manchester, NH 03101
marytenn@tennandtenn.com

Vincent A. Wenners, Jr., Esq.
12 Bay Street
Manchester, NH 03104-3004
vwenners@wennerslaw.com

John Graceffa, Esq.
Brian Andrew Suslak, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
jgraceffa@morrisonmahoney.com
bsuslak@morrisonmahoney.com

Dated: August 31, 2018

*/s/* Dianne Martin
Dianne Martin
Senior Assistant Attorney General